
United States District Court
Northern District of Illinois
Eastern Division

NOV 0 2 2004

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Robert J More
Estate of Robert J. More
Plaintiff

JUDGE JOAN H. LEFKOW

v.

04C 7072

DOCKETED
NOV 0 3 2004

MAGISTRATE JUDGE DENLOW
Case No.

Obama For Senate Campaign ("OFSC") (Corporation), Unnamed Defendant Employee/Representative/Supporters ("ERS") of Obama John Doe 1, John Doe 2-4, Jane Doe 1-3, City of Chicago, Superintendent of Chicago Police Department ("CPD") Philip Kline, CPD Sgt Villalbos – 2327, CPD Sgt Nelson – 956, Keyes2004 Campaign ("K2C") (Corporation), Keyes2004 ERS Daniel Proft, Keyes2004 ERS Jeremy Rose, Keyes2004 ERS's John Does 1-4 and Jane Does 1-4, CPD Officers Hanover, Gayton – 8538, CPD Sgt Kayser - 1884, CPD Sgt John Does From Car 8901, 7008, CPD Sgt Pontefecore - 552

What RJM understands he is obliged to obtain in exchange for the consideration he has provided in continui to abstain from using force is ....there is no such thing as a Non... unilaterally relinquishing his mo prerorative to use force...

VERIFIED COMPLAINT FILED UNDER DURESS AND HARDSHIP OF PLAINTIFF ("RJM")'S HAVING ONLY ONE ARM NOT IN A FULL ARM CAST AS OF 11/1/04
INTRODUCTION:

I.    Overview Of Tort Damages

This is a complaint filed at the barest minimum level to satisfy the notice pleading requirement of the federal courts, with its liberal provision for amendment thereof, once RJM again possesses the capacity to use both arms and hands, which should be by 11/16/04, which has been filed while RJM is without the use of his left arm, which is presently in a full-arm cast; and which complaint states causes of action according to which relief can be granted on several bases including common law assault and battery, Civil RICO, conspiracy by private agents with public agents to deprive (a) citizen(s) of constitutionally protected liberty and property rights protected by the 14th Amendment to the U.S. Constitution, which deprivations are actionable under 42 USC 1983 - imputable to the Unnamed Defendant Employee/Representative/Supporter(s) ("ERS")es of OFSC John Doe 1, and upon information and belief, John Doe 2-4, Jane Doe 1-3, and upon information and belief, the Obama For Senate Campaign ("OFSC") (Corporation); deprivation of the right to the equal protection of the laws against the City of Chicago, Superintendent of Chicago Police Department ("CPD") Philip Kline, CPD Sgt Villalbos – 2327, CPD Sgt Nelson – 956 for the neglect of these individuals to enforce ordinances purportedly promulgated for the protection of city residents, and against all the same Defendants ("D"s) and CPO's CPD Officers Hanover, and Gayton – 8538, and several named and unnamed P.O.'s from the 12th District and from the 17th District CPD District Offices, including Pontefecore – 552, Kayser 1884, et al, for the refusal to take a police report in regard to the battery committed against RJM and the public on 10/21/04 by the Obama ERS, *without the provision, at the time of the refusal, of an adequate explanation which would demonstrate that there was a non-counterfeit basis upon which such refusal was predicated* (for among other reasons to prevent an unjustified change in position, which might keep malice and criminality unexposed to the great harm of the tax, fee and fine paying public which is burdened with the subsidization of the gigantic standing army that is the CPD, and for the refusal to even demand that that Obama ERS present his identification to the police or to RJM, on 10/26/04 so that RJM could complete his own investigation of the matter of the battery, again, without the provision of the type of explanation, articulated supra; against Keyes2004 Campaign ("K2C") (Corporation), and Keyes2004 ERS Daniel Proft for common law defamation, and upon information and belief against Keyes2004 ERS Jeremy Rose, Keyes2004 ERS's John Does 1-4 and Jane Does 1-4 for defamation; against the City of Chicago, Superintendent of Chicago Police Department ("CPD") Philip Kline, CP Sgt Kayser – 1884, for battery, against the same City of Chicago D's and K2C and K2C's J. Rose for the common law tort of trespass on the case and for the participation of Rose, Kayser and the CPD in a conspiracy a violation of the 14th Amendment to the

1 (

U.S. Constitution in the implementation of measures by which taxpaying citizen RJM was informed that if RJM set foot on the property of Northeastern IL University on the night of 10/26/04, that he would be arrested, without either Rose or Kayser or anyone else ever providing, upon the demand which was made by RJM at 19:00 p.m. for an explanation justifying such implementation of any explanation justifying it; against City of Chicago, Superintendent of Chicago Police Department ("CPD") Philip Kline and 17th District Sgt Pontefecore – 552- for the common law torts of assault, of and trespass on the case and for the imposition of an unjustified interference with RJM's constitutionally protected prerogative to obtain confirmations of reception of service of various documents upon the CPD – which offenses besides presumptively constituting crimes, as violations of various state and federal statutes, also are torts actionable under 42 USC 1983; against the City of Chicago and various and sundry CPO's for various refusals to take a police report in the days following 10/26/04 and against the City of Chicago under the policy, pattern and practice of the non-provision of training and supervision of its police officers adequate to ensure the protection of the inalienable rights and liberties of citizens who cannot, in a given case, avail themselves of any opportunity to avoid having to interact with representatives of such entity (ie a Monell claim against the municipality) without in such avoidance, ending up making unjustified concessions to all that the burden-bearing citizen is obliged to expose and oppose, unless and until the entire criminal code or various components thereof is (are) rescinded, so that citizens such as RJM need no longer concern themselves with having to continue to abstain from using the means with which God has equipped them to protect their property, liberty, bodies and lives so as to ensure that in a given scenario, the duties imposed upon such persons by the moral law would not remain unfulfilled. RJM also seeks numerous forms of equitable and injunctive relief in the filing of this complaint, including but not limited to the issuance of an injunction preventing any of the D's listed in this complaint from continuing to maintain (a) website(s) without including the entirety of this complaint therein respectively, the opportunity for RJM to present evidence of criminal conduct in a qui tam probable cause hearing, the opportunity for RJM to challenge various private and public claims to office and/or license in quo warranto and if the injuries unjustifiably caused to RJM and the public addressed in this complaint, cannot be remedied via court proceedings the revocation, rescinding and/or repeal of all criminal codes either in their entirety or at least as any such might ever be applied to RJM and similarly situated persons. Each of the collective entities enumerated supra may have incurred tort and/or criminal liability on the grounds of the RICO statute, promulgated at 18 U.S.C. 1961 et seq, but RJM lacks the time and capacity at present to adequately explicate such liability. For one thing, if Dr. Keyes will promptly remove any and all references to himself as a "Catholic" out of any fundraising campaigns conducted by mail or the internet unless and until he demonstrates himself to presumptively possess the supernatural virtue of faith, which would require him to publicly repent and abjure of any and all heresies to which he has ever adhered or to which he now adheres, RJM will forever jettison the Civil RICO claims that could be brought against him or any of his campaigns on the predicate acts of wire or mail fraud. If RJM had seen any possible evidently non-counterfeit moral alternative to suing any entity of which Dr. Keyes is a part, there is no way that RJM would have ever filed this complaint. In fact the same really applies to each and all D's, but just much more so to Dr. Keyes since what RJM knows of his conduct has been closer to what RJM understands to constitute the Non-counterfiet Catholic Standard than that of any other D named in this case and closer to that standard than that of all but he very few who RJM knows to have at least rejected the *implicit faith heresy*. Also, RJM is committed to seeking reasonable fees for the prosecution of this case on the *private attorney general doctrine,* as the cost to the social order when persons such as RJM do not provide the consideration which can be classified as *checks and balances* is the continued deterioration of the systems constituting the social order to the point at which no non-military alternative for the protection of property, liberty, health, life and morals is left those who are not willing to accept slavery. As a practical matter, this complaint will be filed in whatever form it is found to be at a given time with RJM claiming a prerogative to amend it as necessary, since time is critical as RJM understands its significance in the filing of this complaint. Since this complaint will be filed without prepayment of fees, RJM understands that he must do what he can to ensure that the public gets every penny out of the filing fee in terms of RJM's using this court system to contribute to the protection of the property, liberty, health, safety, morals and life of the members of the public, since there is not one single such person to whom RJM does not owe some measure of consideration in the form of a duty of care. In a nutshell, the only reason that any of the Defendants named in this case have been named

2

herein is that activity conducted by whichever D's are included in a given count has been conducted on what can be identified to constitute the predatory side of what can be identified to constitute the protective/predatory fault line in regard to a given count as RJM dmittedly subjectively apprehends these matters, and in order for RJM to retain a morally legitimate claim to use what in a given case could be identified to constitute non-excessive and not-otherwise unjustified force to ensure that the ascertainable objective requirements of God's moral law do not remain unsatisfied in a given instane, RJM understands that RJM possesses no choice but to satisfy the strict requirements that apply to the use of force, one of which is exhaustion of alternative remedies.

In other words, it is RJM's understanding that RJM's position in the battlefield of the theatre of earthly existence and his claim upon eternal salvation which correlates so directly to his record of conduct in regard to the contribution he will have made or left unmade in regard to the protection of what can be identified to constitute the interests of the Noncounterfeit Catholic Church can in no way be justifiably left dependent upon matters over which he does not possess control – such as the cooperation or non-cooperation of other persons with the graces such others receive. In fact, RJM realizes that there may in fact be no higher non-religious positive duty than the participation in the use of force in various situations for purposes of preventing and/or rectifying evils which can in no other way be prevented or rectified, as the case may be. RJM recognizes that there are several "boxes" which can be utilized for purposes of rectifying injustices and solving problems – the confessional box is always the first choice, as no external activity can possibly bear favorable results without the continual re-conversion of the hearts of individuals involved in a given social or political endeavor – repentance, conversion, the making of restitution and amendment of life is always obligatory where sins have been committed, the ballot box may provide the prospect of a political solution to problems, the grand jury box can be used to protect society, punish wrong-doers and protect the innocent, the petite jury box can be used to accomplish similar and other legal solutions to problems. When the other alternatives fail, the cartridge box is sometimes the necessary choice and in a situation where evils to be prevented and/or opposed are truly horrendous and all other alternatives have been tried and have not borne fruit, there are boxes containing explosives and in some cases the Non-counterfeit Version of the Rule of Law cannot be kept protected without that alternative – the use of explosives being utilized. Since RJM will never participate in either of the final two alternatives unless and until all of the strict requirement would be met regarding the requirements that must be satisfied to morally justify armed rebellion against civil authority that has become so criminal, corrupt, malicious and unjust that the non-participation in such rebellion could not be justified, anyone who reads this whose conscience is so sin-filled that he or she would be tempted to read something into this conveyance that simply is not there (ie the "threat" tactic), might do well to remember Prov 28:1, "The wicked flee when no one is chasing them."

RJM also needs the Court to require Keyes2004 to provide RJM the consideration it proposed to provide persons who would submit email addresses of other persons as an inducement to induce such persons to provide such information. On 9/24/04, RJM provided Keyes2004 43 email addresses and the Keyes2004, still, after repeated demands from RJM for the provision of the insignia has not provided RJM his Keyes Minuteman insignia for the rank of Lieutenant. RJM needs this consideration as it would constitute evidence supporting the claim that RJM had exhausted all alternative remedies before resorting to the use of Non-excessive and Not-otherwise-unjustified Force, in the event that RJM and his associated Abolitionists are not left with any practical choice other than to go into open insurrection against government authority that it would have been concluded in a given case, had become so malicious, depraved, criminal and unjust, that the Rule of Law and Little Red Riding Hood could be protected by no other means. To prevent the loss of his soul, RJM must hate what God hates and oppose what God opposes. That opposition has resulted in the filing of this complaint.

What RJM understands he is obliged to obtain in exchange for the consideration he has provided in continuing to abstain from participating in the use of force to oppose and rectify injustice and evil(s) is - since there is no such thing as a unilaterally relinquishing of his moral prerogative to use non-offensive and non-excessive force as the moral law might require that such be used in a given case, when the alternatives have been exhausted without the bearing

3

of any fruit, is an adjudication of the issues this complaint concerns that is demonstratively non-counterfeit.

II.                             Overview Of Context In Which Complaint Has Been Filed

1. RJM has been overwhelmed during the period in which he has had to endeavor to rectify the injustices this complaint concerns with the type of problems that non-attorney burden-bearing citizens have come to know all too painfully well in the legal labyrinth nightmare of restrictions, obstacles and impediments that is the modern police state of America – a slave encampment of one-way streets, sacred cows and double standards wherein everything that a burden-bearer does to oppose or compete against activity of any member of the oligarchy, but especially against any member of the evilarchy which abides within it is classified as criminal while members of the "club" (the prevailing "Reign of Terror Standard Status Quo" (see http://www.geocities.com/thirstforjustice/rolrotup.htm, for condensed explications of the NVROL and the ROT Standards respectively) on the other hand are permitted to continue to conduct their activities respectively on the "anything goes, make up the rules as one goes along, I am the law" standard

2. RJM's filing of this Complaint constitutes another implementation in his ongoing endeavors to return himself to productive citizenship, an objective the accomplishment of which has evaded him for some five years now. Five dreadful years of encountering some measure of useful and edifying conduct but not anywhere near as much of such type activity as has been the type(s) of the malice, deceit, fraud, subterfuge, knavery, insolence, evasiveness, duplicity, rottenness, ruthlessness, corruption, criminality and basic iniquity working encountered by RJM from most of these Defendants (RJM does not include Dr. Alan Keyes nor numerous other persons in the Keyes Campaign in this claim, nor does he include any CPD member who is really fighting against the criminality in the CPD, because RJM recognizes that he is obliged to contribute to the rebuilding of the social order, which is a work that has always been in progress since the fall via Adam's sin in the Garden of Eden and that without the contributions of persons who can still discern right from wrong in at least the area of the seven moral commandments, matters would be incomparably worse than they are now) and other similarly situated parties that caused Yahweh upon observing in Genesis 6:5, " the wickedness of man on earth and that his thoughts fashioned wickedness all day long" to, in  Genesis 6:6, "regret that he ever made man," and to decide to "rid the face of the earth of man."

2. Indeed the conduct of several of these Defendants would have reduced RJM to tears, were RJM not too preoccupied endeavoring to prevent Lucifer from getting away with any malefactions against the Catholic Church on RJM's conscience, as several continue to perpetrate torts, malefactions, crimes and evils upon the interests of the Catholic Church and its pre-eminent prodigy in the temporal order – the Rule of Law, on the record of accountability of RJM, causing RJM to incur complicity in their sins, for not successfully opposing their commission and defeating the effect(s) thereof (cf 1 Tim. 5:22).

3. RJM has had to continue to labor to purge himself of whatever malicious predilections might be at work in distorting his judgment as every person must ever do, in order to ensure that others are not unjustifiably injured by one's activity according to the pre-eminent requirement of the Second Great Commandment – which, of course, is the requirement to conduct one's activity according to such standard(s) that no unjustified harm results therefrom to any person (ie to "do no harm"), but RJM must admit his disappointment with the way things have transpired. At one juncture, RJM had hoped to be presenting "private bills" to a U.S. Senator A. Keyes, (cf 2 USC 190(g)), by which to obtain the relief in several matters which RJM has not succeeded in obtaining through various court proceedings, notwithstanding the evident meritoriousness of the claims in regard to which RJM has sought recovery. The private bill approach, which was used so frequently in the 19th Century, that the Tucker Act was finally passed to render such bills unnecessary in many cases in which they had been used, seemed to RJM in early August of 2004 to be the solution for RJM, to the mega-societal problem that burden-bearing citizens have encountered in recent years in getting meritorious claims to juries of their peers in both civil and criminal matters. RJM has had to explain this to demonstrate his commitment to test his claims as thoroughly s he can before ever filing any document with any court. RJM is committed to starving government down to a manageable size and understands

that no document can ever be filed in any matter, if there is some other alternative that would be less expensive to the burden-bearing members of the pubic by which evils and injustices can be rectified than the filing of a given document.

4. Finishing the establishment of a skeletal moral foundation for the presentation of this complaint, RJM defers to the assessment of Pope Pius XII in regard to the type of circumstances in which RJM has found it necessary to continue to conduct his activity: "The inversion of means and ends, which results in the value of an ultimate end being given to that which is only a means for accomplishing it or in reducing persons to mere means to an end, engenders unjust social structures which render Christian conduct in keeping with the Commandments of the Divine Law Giver, difficult and almost impossible." – Pope Pius XII, Address at Pentacost June 1, 1941 - this is the story of RJM's life.

5. In *People v Klick* (_____Ill. Reports _____), then Supreme Court Justice of the State of Illinois, J. Moran worried in print that the mis-application of the type of laws that prevent RJM from simply rectifying injustices committed against himself and all those to whom he owes duties of care (which type conduct has necessitated RJM's filing this complaint), could be so seriously abused as to result in members of society such as RJM, being left in a condition of what he phrased a "languid repose" (ie a paralysis caused by persons being bound by the manipulation of laws by the financially and politically more favorably positioned to an extent that is entirely unjust).

6. In a nutshell, appropriate modifications to social institutions must be made so that persons such as RJM are not kept interminably inside the proverbial hamster wheel in Wonderland or OZ, for such an arrangement is not something RJM and his fellow burden-bearers possess the authority to accept. The prosecution of this lawsuit must bring the body-politic towards real solutions to the problems by which society is presently afflicted.

7. RJM would hopefully never do anything that would result in aiding someone of Obama's ilk to get into any office. He would hope that he would never pull a "Patrick Fitzgerald" (ie use a situation such as the George Ryan debacle for the purposes of advancing his own partisan agenda – collecting scalps - at the tragic expense of the public – ie the election of "G-Rod" as Governor of Illinois. On the contrary, RJM waited as long as he could to file this complaint and has repeatedly offered to somehow settle all disputes extra-judicially, but obviously, the matters addressed in this complaint were either unknown to Dr. Keyes, notwithstanding that his daughter has been sent several emails in regard to these matters, or else they were simply not important enough for him to bother with. So, while RJM has endeavored to spare Dr. Keyes embarrassment and to keep from aiding Obama in any manner, the election of Obama, while a terrible evil is not the only one present in these matters.
To prevent the loss of my soul, RJM must hate what God hates

8. The bottom line as RJM understands it, is to ascertain what measure of blame for the evils afflicting the created order will be attributed to a one's own record of conduct at one's judgment and to then conduct one's activity so as to prevent the attribution thereto or to purge from that record what would have already been assessed against it, at a given juncture, while there is time and opportunity (ies) available to accomplish such objective(s).

JURISDICTION

1. Jurisdiction of this court is invoked under ; 28 U.S.C. 1331, 1337, 1343, and 1367(a); 42 U.S.C 1983, 1985 & 1988; and 18 U.S.C. 1961-1968.

2. Jurisdiction of this court for the pendent claims is authorized by F.R.Civ.P. 18(a), and arises under the doctrine of pendent jurisdiction as set forth in United Mine Workers v. Gibbs, 383 U.S. 715 (1966).

3. This Court possesses jurisdiction in this matter pursuant to 28 USC 2201 & 2202 for all petitions for declaratory and injunctive relief contained herein.

4. 4. This Court has personal jurisdiction over all parties enumerated supra, as all events of which the counts included in this complaint consist have occurred in Cook County IL or have had a connection to this county.

5. This Court has subject matter jurisdiction as a state court over all common law torts committed in this county or in connection with activity that has occurred in this county.

Robert J. More was subjected to the deliberate and evidently premeditated blasting into his hear of a noise emission of a megaphone transmission which was obviously considerably in excess of the promulgated acceptable decibel levels for Chicago IL.

3. The batterer who had been engaged in a competition with RJM to deseminate his demonic message over RJM's warnings and public service conveyances waited for an opportunity to get next to RJM, which presented itself when Obama passed through the crowd towards the door of the building, raised his megaphone from chest level where he orindarily utilized it, to the level of RJM's hear, and screeched OBAMA. OBAMA into RJM's left ear, causing RJM to stagger sideways.
4. RJM with one arm in a cast did not succeed in apprehending the batterer before he vanished into the night as RJM could not accomplish several tasks at one time and so, the criminal/tortfeasor got away.
5. On 10/22/04 RJM checked in at Cook County Hospital (Stroger Hospital) Emergency Room at about 18:25 complaining of a ringing in his ears, got his vital signs taken, inquired as to what number was being taken at the next stage of check –in, was informed that it was 162, and since RJM was 208, RJM left, committed to return w/n a few hours.
6. On 10/24/04, RJM finally succeeded in returning at 15:00 to the Emergency Room, was sent to ASC, checks in, gets vital signs taken….leaves under understanding that ASC is open until 23:00, return s at 22:50, told it is closed goes to emergency room, waits for empty desk to be filled, checks in at 23:20, gets vitals goes into adjacent waiting room, waits, does not see anyone getting called and leaves.
7. RJM returns at 1:10 a.m on 10/25/04 and re-registers. RJM leaves signature station at 2:18 a.m, is called y 3:20 a.m. – shortest wait time ever for RJM at Stroger.
8. Doctor tries to examine RJM's ear, says she cannot see thru wax.
9. Doctor uses Q-tip to remove wax.
10. Doctor instructs RJM to use Q-tip to remove wax
11. RJM uses Q-tip to remove wax.
12. Doctor informs RJM that she cannot tell whether RJM's eardrum has been blown because of wax in ear which obstructs her vision thereof, explains that damage to ear causes the secretion of wax, schedules RJM for hearing test on 11/15/04, prescribes ear drops for RJM.
13. RJM on 10/25/04 experiences a louder ringing than he had previously experienced.
14. The Obama campaign may have incurred damages along with the batterer as might also be the case for whomever else might have induced or encouraged the batterer to inflict the battery.
15. RJM still has a ringing in his left ear as of 11/2/04, that has not abated.
16. RJM has tried to get a hearing test, but has not succeeded in getting a free one yet.
17. Since RJM possessed no police report at 18:55 p.m. on 10/21/04, and failed to obtain either the information for the perpetrator of the act , nor even one statement under affirmation containing an adequate description of such perpetrator, RJM went to the Renaissance Hotel upon an express invitation, where a Keyes2004 event was in progress, in an endeavor to obtain statements from some persons who had observed the events described and who could describe the perpetrator in writing for purposes of RJM's being in a position to ensure that such legal processes as would have to be implemented to prevent that perpetrator from getting way without any consequences to himself, with the assault and battery he had so obviously committed, would be implemented promptly.
18. Jeremy Rose of Keyes2004 informed RJM that he had to prevent RJM from entering the ballroom on some type of claim. RJM informed JR that RJM had just been battered and needed to obtain statements from percipient knowledge witnesses to the battery and/or the use of the megaphone in general by the perpetrator, while RJM could obtain such. The only person RJM knew by name at that time was attorney Larry Joyce (who does not appear to be totally afraid of either police, Obama and his iniquity-working minions (see A Keyes on the conduct of such persons at the Bud Billiken Day Parade) who had used RJM's megaphone in the affair described supra. RJM explained the consequences to JR and someone named Ryan Cuddy who had initially refused to provide his last name to RJM of RJM's not obtaining what statements RJM could obtain at such juncture.
19. JR informed RJM that he would inform Mr Joyce that RJM had requested that Mr. Joyce meet RJM in front of the building. RJM intended to at least obtain his phone number and/or email address which RJM had lost.
20. RJM waited 15 minutes and gave up on speaking to Mr. Joyce. Since RJM could not afford a false arrest at this time (RJM's left arm is in a full arm cast, so preparing any document is a really a chore at this

7

time), and since RJM's antepenultimate (Alan would be capable of declining this polysyllabic adjectival use of the Greek substantives and prepositions involved therein) objective at this time is to help impede Lucifer's use of Obama, RJM did not consider it justified for RJM to reenter the hotel.

21. On Saturday 10/23/04, a "Dan Proft" presenting himself as a member of the Keys2004 Campaign published a statement to dozens of persons in an email, which permitted absolutely no inference to be drawn from it, except that RJM had committed a crime on 10/21/04 at or around the Renaissance Hotel which is included here:

t:

　　　　:004 1:47:02 PM Central Standard Time
　　　　eyes2004.com

　　　　)aol.com, aimfire2000@yahoo.com, alan@keyes.2004.com, amdg7@cox.net,
　　　　keyes2004.com, Beesba@aol.com, BeFreeNow1@aol.com,
　　　　)raun@sbcglobal.net, cathy@keyes2004.com, connie@keyes2004.com,
　　　　dy@juno.com, FKSmart@aol.com, Gww1210@aol.com,
　　　　onay@hotmail.com, jackiepa@npacc.net, jdonfrio@comcast.net,
　　　　@Keyes2004.com, jerry@kohn2004.org, Jimpfinn@aol.com,
　　　　:ro@prodigy.net, john@concealcarry.org, Keyes_2004@xmr3.com,
　　　　omodotrading.com, lambrecht@laurelindustries.com, Loamu@aol.com,
　　　　hechampion.org, mastonknowles@msn.com, msmyczek@midtown-metro.org,
　　　　@san.rr.com, SARGE57@aol.com, robin@keyes2004.com,
　　　　omalley@ameritech.net, si4us@yahoo.com, standingtall@SAFe-mail.net,
　　　　er@keyes2004.com, tim@thomasmoresociety.org, willyq77@hotmail.com,
　　　　age@ameritech.net, BobBednarJr@cs.com, heyrichjohns@yahoo.com

　　　　om the Internet (Details)

Hey "RJM,"

Please refrain from sending any more e-mails to myself and other members of the Keyes campaign. I would also encourage you to refrain from spamming other Keyes supporters whose e-mails you undoubtedly got from the campaign, unless of course there are particular individuals on this distro list who would like to dialogue with you and, as such, I'm sure if any exist they will so indicate to you.

We've tried to be patient with you but you have been nothing but disruptive to this campaign with your physical presence (case in point: having to be removed from the Renaissance hotel on Thursday night by Chicago police) and now in cyberspace.

Please cease and desist or we will be forced to contact your ISP to inform them of your predilection for spamming.

Regards,

Dan Proft
dan@keyes2004.com

8

22. RJM issued a demand for retraction on 10/24/04 or 10/25/04 in multiple forums but has never received a response

23. On 10/22/04 the desk officer at the First District of the CPD informed RJM that RJM could complete a police report on the 311 line.

24. RJM dialed 311, was connected to Officer Hanover who informed RJM that she could not take a report which might necessitate her second guessing members of the CPD of higher rank than her. RJM tried to set the record straight to no avail.
RJM subsequently spoke to Gayton – 8538, who refused to take the report.

25. A ledger of RJM's outgoing phone messages can be obtained from which RJM can prove his claims that he has called the CPD until blue in the face to get a police report made of the battery, aggravated assault and reckless conduct crimes committed against RJM and the public on 10/21/04.

26. On 10/26/04, RJM found a picture on the Obama website in which a man who appeared to be the batterer was included. It was so small, RJM could not positively identify the man. RJM copied the tiny picture and attached it as an exhibit to the collection of documents RJM presented to the 12th District CPD ("12th")desk on 10/26/04 at 15:15 p.m.

27. The 12th refused through McBride and others to take the report, citing an alleged lack of intent. When RJM endeavored to test this excuse for the non-provision of a report, he was ordered to leave the building but did obtain a confirmation of the reception of the documents he had delivered on that district.

28. At 18:00 p.m. on the night of 10/26/04, RJM arrived at the campus of Northeastern IL University at 5400 N. St. Louis.

29. RJM spotted the megaphone batterer on the northeast corner of the entrance to the campus, presented his evidence to CPD Kayser 1884 and proposed that Kayser either obtain such person's contact information or take a picture of him for RJM or permit RJM to get close enough to the guy to take his picture. Kayer refused to any of the above.

30. Later Kayser did not prevent RJM from getting about 15 feet away, but when the batterer saw RJM and realized by RJM's pointing at him to Kayser and other CPO's, what RJM was trying to accomplish, the guy ran away down the street.

31. In the commotion, Kayser physically threw the 182 lb RJM with a full-arm cast on his left hand off the street.

32. Some other John Doe, Bolshevik thug in blue, threatened to arrest RJM.

33. With the batterer now having escaped and being gone, RJM now had to figure out how to find where he had gone.

34. Reports from Obama supporters were that they were going to watch the debate on the campus in some room.

35. At 18:55 p.m. as RJM was standing on the sidewalk in front of the entrance to the campus – after the candidates had already long since passed thru, RJM witnessed D J. Rose of Keyes2004 speaking with D Kayser.

36. Kayser then informed RJM that RJM would be arrested if RJM set one foot on the campus. RJM proposed that Kayser explain the legal basis of this position. Kayser simply repeated the warning. RJM explained that thru his good ear, RJM had heard him the first time and sought a why answer not a what answer.

37. When Kayser did not respond intelligently, RJM informed Kayser that Kayser and Rose and Keyes2004 had, at that juncture, incurred tort liability under the common law theory of trespass on the case and pursuant to 42 USC 1983 for both conspiring between public and private entities to deprive a citizen of constitutionally protected liberties and for the actual deprivation involved in the implementation of the measures by which RJM was prevented from setting foot onto the campus on 10/26/04 and presumptive criminal liability under 18 USC 241 and 242,among other statutes, although RJM does not believe that Kayser heard the end of the conveyance.

38. RJM then tried to mitigate the damages by obtaining permission from another cop to go on the campus, which effort failed.

39. At 22:55, RJM presented himself with documents at the desk of the 17th District of the CPD ("17th") at 4461 N. Pulaski Rd in Chicago, IL.

40. The torts and crimes that were committed from this juncture until the juncture at which the filing of this complaint will have been accomplished cannot be here included, but they will be fully explicated at a later date.

41. On 10/28/04 RJM found the picture RJM found of the batterer on 10/26/04 in an enlarged size and eventually RJM found it in an even larger size and succeeded in positively and definitely identifying the batterer.

42. Torts and/or crimes of spoliation of evidence and/or fraudulent conveyances and/or other torts and/or crimes may have been committed by 11/2/04 or may be committed in the future, and will be adequately plead as evidence in regard thereto is obtained by RJM.

43. RJM will endeavor to prosecute any transfer of funds that appears to have been implemented or even attempted for purposes of preventing RJM from recovering for the torts that have been committed against RJM and the public in these matters.


FIRST CAUSE OF ACTION
Battery - Obama For Senate Campaign ("OFSC") (Corporation), Unnamed Defendant Employee/Representative/Supporters ("ERS") of Obama, John Doe 1, John Doe 2-4, Jane Doe 1-3,
Battery is the intentional infliction of a harmful or offensive bodily contact (Rest. 2d Prs 13, 18.
The events described in the FACTS section of this document adequately state a cause of action against the Obama supporter and against the Obama for Illinois campaign.
These facts will be further explicated at some future juncture.
WHEREFORE, Plaintiff, R. More respectfully prays for judgment in the sum of (over $50,000.00), ($49,999.00 subject to future amendment )& punitive damages and reasonable attorney fees against all F/S Defendants jointly and severally as the jury will see fit to afford and award, in regard to this count.
I attest to the truthfulness of these charges.
Robert J. More


SECOND CAUSE OF ACTION
Defamation , Keyes2004 Campaign ("K2C") (Corporation), Keyes2004 ERS Daniel Proft, Keyes2004 ERS Jeremy Rose, Keyes2004 ERS's John Does 1-4 and Jane Does 1-4,
The events described in the FACTS section of this document adequately state a cause of action against the Keyes2004 Campaign ("K2C") (Corporation), Keyes2004 ERS Daniel Proft, Keyes2004 ERS Jeremy Rose, Keyes2004 ERS's John Does 1-4 and Jane Does 1-4. These facts will be further explicated at some future juncture
WHEREFORE, Plaintiff, R. More respectfully prays for judgment in the sum of (over $50,000.00), ($49,999.00 subject to future amendment )& punitive damages and reasonable attorney fees against all F/S Defendants jointly and severally as the jury will see fit to afford and award, in regard to this count.
I attest to the truthfulness of these charges.
Robert J. More


THIRD CAUSE OF ACTION
Trespass on the Case, City of Chicago, Superintendent of Chicago Police Department ("CPD")  Philip Kline, CPD Sgt Villalbos – 2327, CPD Sgt Nelson – 956, Keyes2004 Campaign ("K2C") (Corporation), Keyes2004 ERS ERS Jeremy Rose, Keyes2004 ERS's John Does 1-4 and Jane Does 1-4, CPD Sgt Kayser - 1884, CPD Sgt John Does From Car 8901, 7008
The events described in the FACTS section of this document adequately state a cause of action against the Defendants ("D"s) listed in the caption for this count. These facts will be further explicated at some future juncture.
WHEREFORE, Plaintiff, R. More respectfully prays for judgment in the sum of (over $50,000.00), ($49,999.00 subject to future amendment )& punitive damages and reasonable attorney fees against

all F/S Defendants jointly and severally as the jury will see fit to afford and award, in regard to this count.
I attest to the truthfulness of these charges.
Robert J. More

FOURTH CAUSE OF ACTION
42 USC 1983, Conspiracy to deprive a citizen of constitutionally protected liberties, City of Chicago, Superintendent of Chicago Police Department ("CPD") Philip Kline, CPD Sgt Villalbos – 2327, CPD Sgt Nelson – 956, Keyes2004 Campaign ("K2C") (Corporation), Keyes2004 ERS ERS Jeremy Rose, Keyes2004 ERS's John Does 1-4 and Jane Does 1-4, CPD Sgt Kayser - 1884, CPD Sgt John Does From Car 8901, 7008
The events described in the FACTS section of this document adequately state a cause of action against the Defendants ("D"s) listed in the caption for this count. These facts will be further explicated at some future juncture.
WHEREFORE, Plaintiff, R. More respectfully prays for judgment in the sum of (over $50,000.00), ($49,999.00 subject to future amendment )& punitive damages and reasonable attorney fees against all F/S Defendants jointly and severally as the jury will see fit to afford and award, in regard to this count.
I attest to the truthfulness of these charges.
Robert J. More

FIFTH CAUSE OF ACTION
42 USC 1983, Conspiracy to deprive a citizen of constitutionally protected liberties, City of Chicago, Superintendent of Chicago Police Department ("CPD") Philip Kline, CPD Sgt Villalbos – 2327, CPD Sgt Nelson – 956, Keyes2004 Campaign ("K2C") (Corporation), Keyes2004 ERS ERS Jeremy Rose, Keyes2004 ERS's John Does 1-4 and Jane Does 1-4, CPD Sgt Kayser - 1884, CPD Sgt John Does From Car 8901, 7008
The events described in the FACTS section of this document adequately state a cause of action against the Defendants ("D"s) listed in the caption for this count. These facts will be further explicated at some future juncture.
WHEREFORE, Plaintiff, R. More respectfully prays for judgment in the sum of (over $50,000.00), ($49,999.00 subject to future amendment )& punitive damages and reasonable attorney fees against all F/S Defendants jointly and severally as the jury will see fit to afford and award, in regard to this count.
I attest to the truthfulness of these charges.
Robert J. More

OTHER CAUSES OF ACTION IN TORT AND FOR INJUNCTIVE RELIEF
The events described in the FACTS section of this document by themselves and along with other events that will be described in the future, adequately state causes of action for both monetary damages and injunctive relief other than those already enumerated supra against various Defendants ("D")'s. These facts will be further explicated at some future juncture.
RJM must, in this case get the Chicago Police Department out of his way once and for all. Maybe that means getting it abolished as so many would favor. Maybe that means getting RJM deputized. One thing is for certain – it has to be kept out of RJM's way so that it can no longer be used by evil-doers to keep RJM from exposing, preventing and recitifying the consequences of crimes. It is a criminal enterprise with a non-criminal element which cannot be left unsupported and unprotected.
I attest to the truthfulness of these charges.
Under penalty of perjury pursuant to 735 ILCS 5/1-109 and all applicable federal statutes, I aver to the truthfulness of all factual averments contained herein, and as to those averments made upon information and belief, that I verily believe the same to be true

Robert J. More

11