# United States District Court
## Northern District of Illinois
### Eastern Division

**DOCKETED**

**NOV 0 9 2004**

More, et al.

v.

Obama For Senate, et al.

**JUDGMENT IN A CIVIL CASE**

Case Number: 04 C 7072

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed for lack of subject matte jurisdiction and case is terminated.

Michael W. Dobbins, Clerk of Court

Date: 11/8/2004

Michael Dooley, Deputy Clerk