United States District Court
Northern District of Illinois
Eastern Division

**FILED**
JAN 20 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Robert J More
Estate of Robert J. More
Plaintiff
v.

Case No 04C 7072.

Obama For Senate Campaign ("OFSC") (Corporation), et al
Defendants

PLAINTIFF, RJM'S VERIFIED MOTION OF 1/20/04 TO PROVIDE NOTICE TO THE COURT OF DEVELOPMENTS IN THE PROSECUTION OF THIS CASE

Now comes the Plaintiff, Robert J. More ("RJM") to move this Court: to confirm that it has been provided notice of recent developments in the prosecution of this case and in support and explanation of such petition, RJM avers and explains as follows:

1. On 12/23/04, RJM filed a motion titled: PLAINTIFF, VICTIM/PROTAGONIST RJM'S VERIFIED MOTION OF 12/22/04…. with this Court by inserting two machine stamped copies in the drop box on the ground floor of the Dirksen Federal Building.
2. A copy of that motion and its notice of motion is included in this motion as Exhibit A.
3. As of 1/19/05, that motion has still not been scanned into the court docket maintained for this case, so RJM is now serving a courtesy copy of this document on the Court's chambers and will file this document with its exhibits attached thereto by the end of the day of 1/21/05.
4. RJM will endeavor to file an amended complaint in this case by 1/31/05, rather than by 1/23/05 as he had committed himself to do in the motion of 12/22/04, since as he has continued to read through the treatise Police Misconduct, by Avery, Rudovsky, et al, he has come to a clearer understanding of the legal significance of a number of the courses of action which have been followed by the police in the matters that will be pled in that complaint; and he hopefully will be able to finish reading and researching all of the areas of the law relevant to such matters so that he will neither include in that complaint, claims that will be all factors considered, too difficult to prove, nor neglect to plead the counts he will plead in such specificity that the City of Chicago will not be induced to endeavor to defend conduct that cannot be justified according to existing precedents as they are so inclined to do, at such considerable cost to all involved.
5. RJM will continue to endeavor to prosecute this case according to a standard that will leave no provision for anyone to be in a position to justifiably begrudge him any measure of consideration that he would ever seek, meaning that he will neither neglect to fight battles that he would not evidently be justified in leaving un-fought on the one hand, nor present issues that there is no real need to have addressed, given the pressing priorities that need to be addressed at this time in this society and for that matter, the larger world; and as RJM's apprehension of these matters is admittedly, not by any means infallible, he acknowledges that he would have no justified objection to the observations, suggestions and/or criticisms of others, from whatever source such might emanate – be it the Court, adversaries, those who would read this document when it is posted on the website of the DNRCPN, or any other source of opinion, as to what RJM's priorities ought to be.
6. In other words, RJM acknowledges that there is no justification for the leaving of what can, to a measure of moral certainty, be ascertained to constitute his "moral liability", uncovered, neither in the affairs this motion concerns, nor, for that matter, in any other matters in regard to which RJM will eventually have to provide an accounting.

Wherefore, RJM moves this Court to confirm that it has been provided notice that it was imputable to various circumstances beyond RJM's control that he has not yet filed an amended complaint in this case, and that barring some further unexpected, disabling, adversity, that RJM will file such complaint by 1/31/05. Under penalty of perjury, pursuant to all applicable federal statutes, I aver to the veracity of all factual averments contained herein.
Respectfully submitted,
Robert J More

1