United States District Court
Northern District of Illinois
Eastern Division

Robert J More
Estate of Robert J. More
Plaintiff

v.

Obama For Senate Campaign ("OFSC") (Corporation), et al.

Case No 04C 7072.

**FILED**
JAN 20 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

Under penalty of perjury pursuant to federal law, RJM does verify that he did file this notice, the accompanying motion, and attached exhibit with the United States District Court for Northern IL on or before 1/21/05.

Robert J. More
2008 S. Blue Island
Chicago, IL 60608
312 455-8385

### CERTIFICATE OF SERVICE

Not applicable as no Defendants named in the complaint on file in this case have yet been served

2