## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.3
### Eastern Division

Robert J More, et al.

                              Plaintiff,

v.                               Case No.: 1:04−cv−07072
                                      Hon. Joan Humphrey Lefkow

Obama For Senate Campaign "OFSC" Corporation, et al.

                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 9, 2005:

      MINUTE entry before Judge Joan H. Lefkow :Motion for reconsideration [6] is denied. Notices mailed by judge's staff. (mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.