Notice of Appeal to a Court of Appeals
From a Judgment for Order of a
District Court

United States District Court for the
Northern District of Il
1:04-cv-07072

More
v.                             ; Notice of Appeal
O'Bama et al

Notice is hereby given that R. J. More (plaintiff) in the above named case, hereby appeals to the U.S. Court of Appeals for the Seventh Circuit from the final judgment issued in this case on 11/08/04 ~~and from~~ (the order dismissing ~~denying~~) the plaintiff's case and from the order issued on 2/9/05 in the case denying the plaintiff's motion to reconsider that judgment on the innumerable grounds presented in that motion.

Robert J. More - pro se
2008 S. Blue Island
Chicago Il 60608
(312) 942-9712

Dockets.Justia.com

US District Court
Northern District IL

Nixon
v
Obama et al

1:04 cv 07072

Notice of Filing

KC FILED
MAR 1 4 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

On 3/14/05, I Robert J Nixon do swear under penalty of perjury pursuant to all applicable federal statutes that I did file in the US District Court of the Northern District of Ill, at 219 S Dearborn St Chicago, IL, 60604 copies of this (1) Notice of Filing, (2) Notice of Appeal, (3) Motion to Proceed In Forma Pauperis, (4) Motion for Extension of Time w/in which to file Notice of Appeal by submitting same via hand delivery to the drop box on the 20th floor of the Dirksen Federal Bldg.

Robert J Nixon
2004½ S Blue Island
Chicago IL 60608
312-742-9712

Certificate of Service

Not applicable. No Defendants yet Served.