U.S. District Court for
Northern District of IL

More
V                               Case #1:04-cv-07072
Obama et al

Plaintiff's Motion to Proceed
Appeal In Forma Pauperis

KC FILED
MAR 14 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Now come the Plaintiff, Robert More, to move this Honorable Court to Grant Him leave to Proceed on the appeal he is filing in regard to this case on an In Forma Pauperis Basis and in support whereof, he avers as follows:

(1) The Plaintiff incorporates by reference all allegations regarding financial status that were included in the pauper's petition he filed in the District Court in regard to this case in November of 2004 into this petition as if fully set forth herein.

(2) The court initially denied that petition but upon the submission of ROM's Motion to Reconsider and three subsequently filed motions the court neglected to address the issue of ROM's filing an appeal in this case on an in forma pauperis basis.

(3) Any legitimate reading of the entirety of the documents on file in this case would demonstrate the meritoriousness of ROM's claims in the appeal. Under penalty of perjury