WH

U.S. District Court for
the Northern District of IL

More
V
Obama et al

KC FILED
MAR 14 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case # 1:04-cv-07072

Plaintiff ("RJM's") Motion For Extension of Time W/In Which to File Notice of Appeal, Filed as Verified on 3/14/05 and Upon Proposal that this Court Grant Leave to RJM to file it in a Multi-Component Format

Now comes the Plaintiff to move this Honorable Court to ~~permit RJM to obtain~~ grant RJM leave to file the notice of appeal in regard to the case, such appeal would concern one day after the 30 day deadline will have expired and/or to grant an extension of time w/in which RJM may file such notice of appeal, in support of which petition RJM avers & explains as follows or in the alternative to permit RJM to present multiple components of this motion so as to ensure the Court does not make any decision in regard to this matter on something other than what can be identified to constitute as minimally adequate understanding of the hardship to which RJM has been subjected during the last 30 days that resulted in clear missing of the original deadline.

① Plaintiff ROM is filing this motion w/o the benefit of a paralegal + will rework or retype it of items not adequately legible.

② Plaintiff was without his computer for 18 days up until 3/8/05 due to its having to be repaired + the repeated failures of Compay to accomplish such objective.

③ During that period, Plaintiff fell behind in all of his legal affairs + did not recall that the Notice of Appeal was due or in short measure.

④ Plaintiff erroneously understood that he was obliged to file the Notice of Appeal with the appellate court for the Seventh Circuit Court of Appeals, based upon the procedure he has followed in the Court of Appeals for the State of Ill in the First District.

⑤ The U.S.C.A. for the 7th Circuit maintains a "transom rule" whereby a litigant can get a document filed before 9:00 am (presented to that court before 9:00 am) file stamped w/the stamp from the previous day.

⑥ It was not until 3/13/05, that ROM realized that the Notice of Appeal must be filed with the District Court Clerk.

⑦ That this document is stamped before 9:00 am demonstrates the truthfulness of this claim.

Plaintiff

(3) Rather than lying about reception of the court's order of 2/9/05 in this case, which R.M. could not morally justify doing, but which many people would do, R.M. has truthfully explained how his broken computer (not to mention several other problems that accompany poverty — lack of reliable transportation — subjection to an unjustified eviction proceeding & many other factors which will be explicated if necessary in later filings) & other problems caused him to inadvertently rely on a rule not actually applicable in this case i.e. the transom rule of the JKLA that does not apply to a notice of appeal.

Wherefore, R.M. moves this court to grant him an extension of time in which to file the notice of appeal & to accept the notice of appeal stamped 3/14/05 in regard to case # 04cv07072 or in the alternative to grant R.M. leave to further demonstrate excusable neglect in this matter.

Respectfully, Robert M.