# UNITED STATES COURT OF APPEALS

## SEVENTH CIRCUIT

| | | |
|---|---|---|
| GINO J. AGNELLO<br>CLERK | 219 SOUTH DEARBORN STREET<br>CHICAGO, ILLINOIS 60604 | TELEPHONE<br>(312) 435-5850 |

**FILED**

**MAR 17 2005**

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

TO: District Court Clerk's Office

RE: Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

```
Appellate Court No.:   05-1683               Docketed on: 3/15/05
Short Caption:         More, Robert J. v. Obama for Senate
District Court Judge:  Joan Humphrey Lefkow
District Court No.:    04 C 7072
```

If you have any questions regarding this appeal, please call this office.

(1003-012490)