## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.3
### Eastern Division

| | |
|---|---|
| Robert J More, et al. | |
| Plaintiff, | |
| v. | Case No.: 1:04−cv−07072 |
| | Hon. Joan Humphrey Lefkow |
| Obama For Senate Campaign "OFSC" Corporation, et al. | |
| Defendant. | |

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 31, 2005:

MINUTE entry before Judge Charles P. Kocoras :Motion for leave to appeal in forma pauperis [12] is denied, Motion for extension of time[13] is denied, Motion to augment the motion to proceed in forma pauperis [15] is denied.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.