**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**FILE COPY**

MICHAEL W. DOBBINS
CLERK

312-435-5670

April 5, 2005

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

U.S.C.A.—7th Circuit
RECEIVED
APR 0 5 2005   DW
GINO J. AGNELLO
CLERK

RE: Robert J. More vs Obama For Senate Campaign, et al.

U.S.D.C. DOCKET NO. : 04cv7072

U.S.C.A. DOCKET NO. : 05-1683

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF PLEADING(S)                    One volume.

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
C. Hoesly, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

One volume of pleadings.

In the cause entitled: Robert J. More vs Obama for Senate, et al..

USDC NO.   : 04cv7072

USCA NO.   : 05-1683

        IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 5th day of April 2005.

        MICHAEL W. DOBBINS, CLERK

        By: _____
            C. Hoesly, Deputy Clerk

1. APPEAL, DENLOW, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 2.3 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:04-cv-07072

| | |
|---|---|
| More, et al v. Obama for Senate, et al | Date Filed: 11/08/2004 |
| Assigned to: Hon. Joan Humphrey Lefkow | Jury Demand: None |
| Demand: $0 | Nature of Suit: 440 Civil Rights: Other |
| Cause: 28:1331 Federal Question | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**Robert J More**  represented by **Robert J More**
2008 S. Blue Island
Chicago, IL 60608
312/455-8385
PRO SE

**Plaintiff**

**Estate of Robert J. More**

V.

**Defendant**

**Obama For Senate Campaign "OFSC" Corporation**

**Defendant**

**Unnamed Defendant Employee/Representative/Supporters "ERS" of Obama**

Page 1 of 6

**Defendant**

**John Doe**
*1*

**Defendant**

**John Doe**
*2-4*

**Defendant**

**Jane Doe**
*1-3*

**Defendant**

**City of Chicago**

**Defendant**

**Superintendent of Chicago Police Department "CPD"**

**Defendant**

**Philip Kline**

**Defendant**

**CPD Sgt Villalbos**
*2327*

**Defendant**

**CPD Sgt Nelson**
*956*


**Defendant**

**Keyes 2004 Campaign "K2C"**


**Defendant**

**Daniel Proft**
*Keyes 2004 ERS*


**Defendant**

**Jeremy Rose**
*Keyes 2004 ERS*


**Defendant**

**John Does**
*Keyes 2004 ERS's 1-4*


**Defendant**

**Jane Does**
*1-4*


**Defendant**

**CPD Officer Hanover**


**Defendant**

**CPD Officer Gayton**
*8538*

**Defendant**

**CPD Sgt Kayser**
*1884*


**Defendant**

**John Does**
*CPD Sgt from car 8901, 7008*


**Defendant**

**CPD Sgt Pontefecore**
*552*


| Date Filed | # | Docket Text |
| --- | --- | --- |
| 11/02/2004 | 1 | RECEIVED COMPLAINT with no copies. (gma) (Entered: 11/03/2004) |
| 11/02/2004 | 2 | CIVIL cover sheet. (gma) (Entered: 11/03/2004) |
| 11/02/2004 | 3 | APPLICATION by plaintiff to proceed in forma pauperis and financial affidavit. (gma) (Entered: 11/03/2004) |
| 11/03/2004 |   | FORWARDED complete case file to Judge Lefkow. (gma) (Entered: 11/03/2004) |
| 11/08/2004 | 4 | MINUTE ORDER of 11/8/04 by Hon. Joan Humphrey Lefkow: Robert J. More ("plaintiff") has presented for filing a complaint along with an application under 28 U.S.C. 1915(a)(1) for leave to proceed without prepayment of fees. His application for leave to proceed further, however, is denied. The complaint is dismissed. Leave to proceed on appeal in forma pauperis is denied [3-1]. (See reverse of minute order.) Terminating case. Mailed notice (gma) (Entered: 11/09/2004) |

| | | |
|---|---|---|
| 11/08/2004 | 5 | ENTERED JUDGMENT. (gma) (Entered: 11/09/2004) |
| 11/23/2004 | 6 | PRELIMINARY COMPONENT by plaintiff of bifurcated verified motion to reconsider order entered on 11/8/04 dismissing case . (gma) (Entered: 11/29/2004) |
| 01/20/2005 | 7 | VERIFIED MOTION by Plaintiff Robert J More of 1/20/04 to provide notice to the court of developments in the prosecution of this case. (gma, ) (Entered: 01/24/2005) |
| 01/20/2005 | 8 | NOTICE by Robert J More of MOTION by Plaintiff Robert J More 7 (gma, ) (Entered: 01/24/2005) |
| 02/01/2005 | 9 | VERIFIED MOTION by Plaintiff Robert J More of 1/31/05 to provide notice to the Court of developments in the prosecution of this case, and to obtain permission to file all docuemnts filed in the future in the case on the website of the DNRCPN and to remit the sum of $1 to defray filing costs of the suit; Notice of motion (eav, ) (Entered: 02/03/2005) |
| 02/09/2005 | 10 | MINUTE entry before Judge Joan H. Lefkow : Motion for reconsideration 6 is denied. Notices mailed by judge's staff. (mad, ) (Entered: 02/09/2005) |
| 03/14/2005 | 11 | NOTICE of appeal by Robert J More regarding orders 5, 4, 10 ; Notice of filing. (cdh, ) (Entered: 03/15/2005) |
| 03/14/2005 | 12 | MOTION by Plaintiff Robert J More for leave to appeal in forma pauperis (cdh, ) (Entered: 03/15/2005) |
| 03/14/2005 | 13 | MOTION by Plaintiff Robert J More for extension of time which to file notice of appeal filed on 3/14/05. (cdh, ) (Entered: 03/15/2005) |
| ~~03/15/2005~~ | ~~14~~ | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 11. Notified counsel (cdh, ) Additional attachment(s) added on 3/15/2005 (cdh, ). (Entered: 03/15/2005)~~ |
| 03/16/2005 | 15 | MOTION by Plaintiff Robert J More combined motion of 3/15/05, to augment the motion to proceed on appeal in forma pauperis filed on 3/14/05 in this case, and preliminary (vmj, ) (Entered: 03/21/2005) |
| ~~03/17/2005~~ | ~~16~~ | ~~ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 11 ; USCA Case No. 05-1683. (lcw ) (Entered: 03/21/2005)~~ |

| 03/31/2005 | 17 | MINUTE entry before Judge Charles P. Kocoras : Motion for leave to appeal in forma pauperis 12 is denied, Motion for extension of time 13 is denied, Motion to augment the motion to proceed in forma pauperis 15 is denied. Mailed notice (mad, ) (Entered: 03/31/2005) |
| --- | --- | --- |
| ~~04/05/2005~~ | ~~18~~ | ~~TRANSMITTED to the USCA for the 7th Circuit the long record on appeal 11 (USCA no. 05-1683) consisting of one volume of pleadings. (cdh, ) (Entered: 04/05/2005)~~ |

**KEY**

```
All highlighted items are included in the record.
All cross out items are not included in the record.
S/C:  These items are sent under a separate certificate.
N/A:  These items are not available.
```