More, et al v. Obama for Senate, et al Doc. 19

Case 1:04-cv-07072   Document 19   Filed 04/05/2005   Page 1 of 1

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## CIRCUIT RULE 3(b) NOTICE

Date: April 4, 2005

No. 05-1683

ROBERT J. MORE,
 Plaintiff - Appellant

 v.

OBAMA FOR SENATE CAMPAIGN "OFSC" CORPORATION, UNNAMED
DEFENDANT EMPLOYEE/REPRESENTATIVE/SUPPORTS "ERS" OF OBAMA,
CITY OF CHICAGO, et al.,
 Defendants - Appellees

TO: Robert J. More
 #39
 2008 S. Blue Island
 Chicago, IL  60608

*FILED*
APR - 5 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Appeal from the United States District Court for the
Northern District of Illinois, Eastern Division
No. 04 C 7072, Joan Humphrey Lefkow, Judge

 This court's records indicate that on 03/31/005 the District
Court denied your motion to proceed in forma pauperis.

 Pursuant to Federal Rule of Appellate Procedure 24(a),

 **WITHIN THE NEXT 30 DAYS YOU MUST <u>EITHER:</u>**

1. Pay the required $250.00 docketing fee PLUS the $5.00 filing
 fee ($255.00 TOTAL) to the District Court Clerk.  The Court
 of Appeals cannot accept this fee.  You should keep a copy
 of the receipt for your records.

2. File a motion to proceed in forma pauperis with the Court
 of Appeals. An original and three (3) copies of that motion,
 with proof of service on your opponent, is required. This
 motion must be supported by an affidavit in the form of a
 sworn statement listing your assets and income.

 **IF ONE OF THE ABOVE ACTIONS IS NOT TAKEN WITHIN 30 DAYS
 FROM THE DATE LISTED ABOVE, YOUR CASE WILL BE DISMISSED,
 PURSUANT TO CIRCUIT RULE 3(b).**

(1085-110393)

Dockets.Justia.com