United States District Court
Northern District of Illinois
Eastern Division

Robert J More
Estate of Robert J. More
Plaintiff

v.

Case No. 04C 7072

Obama For Senate Campaign ("OFSC") (Corporation), et al
Defendants

PLAINTIFF'S COMBINED MOTION TO RECONSIDER, FILED UNDER PROTEST*, OF 4/13/05, OF RULINGS ISSUED ON 3/31/05 BY THIS COURT DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE THE NOTICE OF APPEAL, PLAINTIFF'S MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS AND PLAINTIFF'S MOTION TO AUGMENT THE MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS AND THAT THE COURT PROVIDE BOTH OPPORTUNITY FOR RJM TO APPEAR BEFORE IT IN ORDER TO PRESENT OBJECTIONS AND QUESTIONS TO THE COURT IN REGARD TO THESE RULINGS IT HAS ISSUED, AND TO EXPRESS CONCERNS REGARDING THE ALIGNMENT AND ACCOUNTABILITY PROBLEMS PRESENT IN THE USDC FOR THE NORTHERN DISTRICT OF ILLINOIS AND THE CONSEQUENCES OF SAME TO THE SOCIAL ORDER AND SOME MODEST SUGGESTIONS FOR POSSIBLY ELIMINATING SOME OF THE ARRANGEMENTS AND CONDITIONS WHICH THE CITIZENS RESIDING IN NORTHERN ILLINOIS, ACCORDING TO THE COMPLAINTS OF SUCH CITIZENS WITH WHICH RJM IS FAMILIAR, FIND MOST AFFLICTING AND OPPRESSIVE; AND IN THE SCENARIO IN WHICH THE COURT WOULD NOT PROVIDE THE RELIEF ORIGINALLY SOUGHT IN REGARD TO THE PETITIONS IN REGARD TO WHICH SUCH DENIALS AS ENUMERATED SUPRA WERE ISSUED, THAT THE COURT WOULD PROVIDE A DEMONSTRATIVELY NOT-SOMETHING-LESS THAN LEGITIMATE ("DNSLTL") EXPLANATION DENYING SUCH FORMS OF RELIEF AND UPON THE PRESENTATION OF OBJECTIONS AND FOUNDATIONS TO SUCH CONFECTURAL DENIALS, CERTIFY WHATEVER ISSUES RJM WOULD SEEK TO HAVE CERTIFIED, FOR APPEAL, OR IN THE ALTERNATIVE, TO AT LEAST PROVIDE A DNSLTL EXPLANATION EXPLAINING WHAT IT WOULD HAVE BEEN IN THAT SCENARIO, WHICH IT WOULD HAVE BEEN CONSIDERED, WOULD HAVE BEEN OF SUCH IMPORTANCE, THAT THE COURT WOULD HAVE REFUSED TO HAVE GRANTED RJM WHAT WOULD HAVE CONSTITUTED, HAD THE OPPORTUNITY TO APPEAR IN COURT HAVE BEEN PROVIDED, THE OPPORTUNITY TO CREATE A PUBLIC RECORD OF THE PROCEEDINGS INVOLVING CONTEMPORANEOUS EXCHANGES BETWEEN RJM AND THE COURT ON VARIOUS MATTERS, VIA A COURT APPEARANCE, FROM WHICH INNUMERABLE BLESSINGS MIGHT RESULT, NOT THE LEAST OF WHICH MIGHT HAVE BEEN TO HAVE HELPED TO HAVE RESTORED SOME MODICUM OF FAITH IN THE LOCAL FEDERAL COURT SYSTEM

Now comes the Plaintiff, Robert J. More ("RJM"), to respectfully move this Court to grant the forms of relief sought in the beginning of the title to this motion summarily, or else to permit RJM to appear before it and to obtain the forms of relief sought in the subsequent clauses contained in the title to this motion, or else, in the scenario in which neither would be provided, to at least provide the relief for which petition was included in the final clauses of this motion, and in support whereof, RJM avers and explains as follows:

1. RJM complains that what has been provided RJM and his fellow members of the public whom "are entitled to everyman's evidence" "due process of law" the "equal protection of the laws" and the "right to petition the government for the redress of grievances" (among other forms of consideration), thus far in the case this motion concerns has been too far from what could possibly be claimed to constitute "adequate consideration" in exchange for what such persons are temporarily, voluntarily

1

relinquishing in bringing claims to court for resolution, rather than just taking matters into their own hands, so to speak for there to have been any legal significance to any order thus far issued in this case.

2. Rather, all such orders have evidently been *void ab initio*, for having evidently been issued in gross contravention of applicable standards according to which the activity of a federal court must be conducted in order that any order emanating from such activity be of any legal force and effecth.

3. RJM has volumes more to present to this Court in regard to these matters, but is heavily pressed for time and will opine and expound, only if necessary, later.

4. For now, RJM explains how disturbing he finds it that Judge Kocoras, whom RJM politely proposed, might inform the police of their duty to enforce, not interpret applicable laws on 10/21/04, when RJM encountered him outside the WLS Studios where RJM was shortly thereafter battered, and sought his aid, would decline to even consider RJM's request for aid in such regard (claiming that he could not comment on an open case – at which time, there was no open case in this regard, since RJM had not yet been battered), yet would have so much time to lavish accolades upon Judge Lefkow, which seem to be so incompatible with her conduct as a judge in this and similar cases (given that it is incontrovertible that she did not succeed in keeping her activity in the adjudication of this case on what can be identified to constitute the protective side of what can be identified to constitute the protective/predatory fault line in such regard),and to make a big scene about attending a funeral which it was a grave sin for anyone to attend (cf. Evitanda Scandala, Pope Martin V, Mortalium Annimos, Pope Pius XI, 1929, et al) and would not find it necessary to even provide an explanation denying RJM's petitions for relief in regard to the matters this document concerns.

5. RJM is endeavoring to get into Court to make a public record of these matters, if the Court will not summarily grant the relief RJM has enumerated in the title to this motion.

6. No one is ultimately benefiting from the gored oxes and other suchlike casualties that the activity of the USDC for the Northern District of Illinois and other federal, and for that matter, state courts, has (have) been for so long, churning out with such disturbing regularity and there are many alternative means by which RJM and similarly situated parties ought evidently be endeavoring to contribute to the elimination of the root causes that are contributing to creating not only Salvador Tapias, and Bart Rosses, and their victims, but Jack Richmans (cf Richman v Sheahan 270 F. 3d 430) and even worse, far worse, Theresa Schiavo's and all of the casualties related to the torture and murder under the color of law and the pretext of legitimacy of a defenseless woman who had not even been charged with a crime.

7. The unfolding tragedy of the descent into barbarism that has been, and is in progress, in this country, is something that no one who is not categorically heartless could bear to neglect to resist, and RJM hopes that there is still in him enough of a conscience to refuse to permit him to remain silent or idle, when the implementation of certain measures, such as the permanent elimination of all unmonitored government activity, the formation of recovery groups for those who have been victimized by the many predators who roam the society seeking victims and especially of such type predators in positions of government authority, at this juncture, the education of members of society as to how in the role of jury members they can help fight the encroaching and cascading dehumanization and totalitarianism presently afflicting the social order, etc. etc. etc,. may not in fact not be enough to stem the tide of tyranny and terror before it is too late to use any but the ultimate means with which God equips able-bodied persons to discharge the duties incumbent upon them emanating from amongst other of His Commandments, the Fourth, Fifth, and Seventh.

8. Those who refuse to consider the alignment and accountability problems in their own lives and conduct and the consequences of such in the lives of others and the social order, cannot be permitted to continue to benefit from reputations that are not compatible with records of conduct in (a) given cases. The willful blindness and head-in-the-sand approach to the causes of social disorders and violence must become the bane of a bygone day. Those in government employment not possessing the requisite traits of character to squarely address the identifiable root causes of the problems to which reference has been included supra, ought at least be honest enough to separate themselves from government compensation and benefit packages and make amends for the injuries their own conduct – both acts and omissions has inflicted on society.

9. For Judge Kocoras to employ the adjectives "fair" and "sweet" re Judge Lefkow or "excellent" (actually the substantive "excellence") re the activity of Magistrate Keys is not just a slap in the face, but pouring salt into the wounds of those who have been so unjustly injured from the judicial conduct (misconduct) of such Judges. Before spouting such self-serving undeserved accolades in the future, he ought at least read some of their opinions.

Wherefore, Plaintiff, RJM, herein seeks the relief enumerated in the title to this motion; namely the vacating of the contents of the Order of 3/31/05 in all regards and the granting to RJM of the liberty to proceed on appeal on an in forma pauperis basis, the liberty to proceed on appeal even though, due to RJM's inadvertence, the notice of appeal was one day late relative to the statutorily prescribed time limit in cases not characterized by extenuating circumstances, such as were so obviously present in this case, and the liberty to augment the pauper's application with the contents included in the document RJM filed in that regard with this Court on 3/15/05, or else for the Court to at least provide the means enumerated in such title by which RJM might create a record available to the public in regard to what has transpired in the matters this motion concerns, in the tenor and vein in which the authors of this Country's Declaration of Independence found themselves obliged to state their case in opposition to the oppressions and abuses to which they had been subjected by the British Crown at the time that document was composed, citing a *decent respect for the opinions of mankind* as necessitating their following such course of action, and in the scenario in which none of the forms of relief enumerated supra, would be provided, for this Court to issue an order declaring that any and all state and/or federal statutes that absent such declaration might ever be employed to interfere with RJM's endeavors in a given case to rectify what in a given case he would construe to constitute an injustice committed against him, would be declared unconstitutional as applied to RJM, so that RJM would not be kept in the "hamster wheel" of being prevented from rectifying injustices committed against him and those entitled to measures of consideration from him by criminal statutes and policing entities that in so many cases are not used to prevent or punish actual crimes, but which rather serve to preserve the status quo, regardless of how much injustice is perpetrated in the accomplishment of such objective .

Respectfully submitted,

Robert J. More

*Content of Protest:
Filed Under Protest that RJM and Similarly Situated Persons Are Prevented from Simply Rectifying the Injustices Committed Against Them on Their Own Accord Upon the Presumption that There is a System in Place By Which Such Injustices Can be Rectified, When In Fact, This is not Evidently, De Facto, the Actual Case, But Rather that this is, Notwithstanding the Beneficial Conduct of Whatever Atypical Judges Are Left in America At this Juncture, a Legal Fiction and That Amongst the Evidently Equitable Possible Resolutions of this Plague that so Egregiously Afflicts Society at this Juncture, Two that Could be Immediately, Implemented Would be the Vacation of the Criminal Code For All Those Who have Demonstrated a Threshold-level Commitment to Probity of Conduct or the Deputization of Such Persons, So That Society and its Members Do(es) not Continue to Be Seriously, and Possibly Ultimately, Fatally, Injured, by Having the Members Thereof Who Have jjjjkkkkkLeast Been Infected by the Baseness and Ignobility that Has all but Completely Overrun All but a Handful of Souls, Handcuffed by the Plethora of Legal Obstructions Everywhere in Place, While the Morally Bankrupt in Positions of Power and Influence, Continue to Pillage, Plunder and Yes, Rape, and in the Case of The Terri Schiavo's of Society, Torture and Murder, With Impunity Under the Color of Law and Pretext of Legitimacy, With The Prerogative of Employing the Machinery of What is Now a Police State to Enforce Works of Iniquity

3