NOTICE OF MOTION/CERTIFICATE OF SERVICE
United States District Court
Northern District of Illinois
Eastern Division

KC **FILED**
APR 1 4 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Robert J More
Estate of Robert J. More
Plaintiff
v.

Case No 04C 7072.

Obama For Senate Campaign ("OFSC") (Corporation), et al

Under penalty of perjury pursuant to federal law, RJM does verify that he did file the PLAINTIFF'S COMBINED MOTION TO RECONSIDER, FILED UNDER PROTEST*, OF 4/13/05…., and this notice with the Clerk's Office of United States District Court for Northern IL on or before 4/14/05, by leaving stamped copies thereof in the drop box at the Dirksen Federal Building at 219 S. Dearborn St., Chicago, IL, 60604,

*[handwritten: have set hearing for 4/27/05 at 9:30 a.m. subject to rescheduling as may be necessary for whatever reason]*

Robert J. More
2008 S. Blue Island
Chicago, IL 60608
312 942-9712

CERTIFICATE OF SERVICE
Not applicable as no Defendants have yet been served.

4