More, et al v. Obama for Senate, et al          Doc. 22
Case 1:04-cv-07072   Document 22   Filed 04/21/2005   Page 1 of 1

CERTIFIED COPY

# United States Court of Appeals

*For the Seventh Circuit*
*Chicago, Illinois 60604*

FILED

April 18, 2005

APR 2 1 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*By the Court:*

| | |
|---|---|
| ROBERT J. MORE,<br>  Plaintiff-Appellant, | ] Appeal from the United<br>] States District Court for<br>] the Northern District of |
| No. 05-1683   v. | ] Illinois, Eastern Division. |
| OBAMA FOR SENATE CAMPAIGN "OFSC"<br>CORPORATION, UNNAMED DEFENDANT<br>EMPLOYEE/REPRESENTATIVE/SUPPORTER<br>"ERS" OF OBAMA, CITY OF CHICAGO,<br>et al.,<br>  Defendants-Appellees. | ] No. 04 C 7072<br>]<br>] Joan Humphrey Lefkow,<br>]  Judge. |

  Pursuant to this court's order of September 19, 2002, in appeal no. 01-3224, a filing bar was imposed upon Robert J. More for failure to pay the $100 sanction that was imposed against him on September 4, 2002. On October 1, 2004, the court denied Mr. More's motion to rescind the filing restriction.

  Since that date, the court has not received a sanction payment. Therefore, the court's March 15, 2005, April 4, 2005, and April 5, 2005, orders in appeal no. 05-1683 are VACATED and this appeal is administratively CLOSED. Mr. Robert J. More shall continue to be barred from any future filings, in accordance with the court's filing restriction, until he pays the imposed sanction.

A True Copy:
Teste:

*[signature]*
Clerk of the United States
Court of Appeals for the *deputy*
Seventh Circuit.

Dockets.Justia.com