U.S. District Court
Northern Dist Ill

More et al

v.

Obama for Senate et al

Case No. 04C7072
Lefkow

Notice of Motion

Notice is hereby provided that on 5/11/05 at 8:30 AM I shall appear before the Hon judge Kocoras in courtroom 2541 to present the accompanying: Plntff's new motion of 4/27/05... at 219 S. Dearborn St, Chicago IL 60604

Robert ___
200 S ___ ___
Chicago IL 60604
(312) 942-9712

Certificate of Service

N/A as no defendants yet served nor cole

R ___

U.S. Dist Court for Northern
District of Illinois
Eastern Division

Moon et al
    V                                    Case No. 04C 7072
Obama for Senate Campaign, et al

                                        of 4/27/05
Plaintiff ROM's Motion For Court to Now Grant ROM's Motion For Extension of Time w/in which to File Notice of Appeal in this case + Motion to Proceed IFP on Appeal, or + in the Alternative to Permit ROM to Appear in Open Court, Present Issues for Certification for Appeal + Obtain Clarifications from Court in this Regard.

Now comes the Plf ROM to move this Court to grant all forms of relief enumerated in the title to this motion summarily or else to permit ROM to appear + get issues certified for appeal w/ documents explicating bases for petition for relief to be presented before hearing date.

Respectfully submitted, Robert Moon