# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.4
### Eastern Division

Robert J More, et al.

                                          Plaintiff,

v.                                              Case No.: 1:04−cv−07072
                                            Hon. Joan Humphrey Lefkow

Obama For Senate Campaign "OFSC" Corporation, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 11, 2005:

      MINUTE entry before Judge Charles P. Kocoras :Plaintiff's motion for extension of time to appeal [23] is denied for the reasons stated on the record. Plaintiff is not to file anything more in this case.Judicial staff mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.